# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-30478
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 7, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

KEN MICHELLE STEVENSON,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:03-CR-309-2

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Ken Michelle Stevenson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Stevenson has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We agree with counsel's assessment that the appeal presents no nonfrivolous issue

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-30478

for appellate review.[1]  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.

---

[1] Specifically, we conclude that the district court lacked jurisdiction over Stevenson's motion to clarify his sentence.  We do not read the district court's order as addressing the propriety of a *nunc pro tunc* designation, *see* BOP Program Statement 5160.05 at 5–6, nor the potential merits of any claim Stevenson may have under 28 U.S.C. § 2241, *see generally Hunter v. Tamez*, 622 F.3d 427 (5th Cir. 2010).